# Third District Court of Appeal

## State of Florida

Opinion filed November 12, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-241
Lower Tribunal No. 19-5007
_____

**Nicolas Hugo Romagnoli,**
Appellant,

vs.

**The Bank of New York Mellon, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jacqueline Hogan Scola, Judge.

Nicolas Hugo Romagnoli, in proper person.

Lender Legal PLLC, and Nick Geraci (Orlando), for appellee.

Before FERNANDEZ, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.